## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 6th day of January, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Laurie S. Silverstein, Esquire
Rebecca S. Beste, Esquire
*Potter Anderson & Corroon LLP*
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Mary E. Augustine (No. 4477)